UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-382-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| TRAVIS LEMONT BARKSDALE | ) | |

Upon motion of the Defendant, it is hereby **ORDERED** that Docket Entries No. 85, 86, 87 and 88 be sealed until ordered unsealed by this Court.

This the 5 day of July, 2012.

Terrence W. Boyle
United States District Judge